IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY ANDRE SHARP,

     Plaintiff,                      No. CIV S-08-0443 GEB JFM P

    vs.

JOSEPH A. BICK, et al.,

     Defendants.               FINDINGS & RECOMMENDATIONS

_____/

        On February 27, 2008, plaintiff filed a document entitled "Petition for Removal from State Court to District Court pursuant to 28 U.S.C. § 1446(A)."  (Id.)  However, the statute specifies that only defendants may remove an action from state court to federal court:

> . . . any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed *by the defendant or the defendants*, to the district court of the United States for the district and division embracing the place where such action is pending. . . .

28 U.S.C. § 1446(a)(emphasis added).  Accordingly, plaintiff's petition should be denied and this action dismissed.

        IT IS HEREBY RECOMMENDED that the February 27, 2008 petition be denied and this action be dismissed without prejudice.  Fed. R. Civ. P. 41(b).

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty

1

1 days after being served with these findings and recommendations, plaintiff may file written
2 objections with the court.  The document should be captioned "Objections to Magistrate Judge's
3 Findings and Recommendations."  Plaintiff is advised that failure to file objections within the
4 specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951
5 F.2d 1153 (9th Cir. 1991).
6 DATED:  March 6, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

/001; shar0443.56