1

2

3

4

5

6

7

8 IN THE UNITED STATES DISTRICT COURT

9 FOR THE EASTERN DISTRICT OF CALIFORNIA

10 ANTHONY ANDRE SHARP,

11        Petitioner,               2:08-cv-0443-GEB-JFM-P

12   vs.

13 JOSEPH A. BICK, et al.,

14        Respondents.      <u>ORDER</u>

15 _____/

16        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of

17 habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States

18 Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

19        On March 27, 2008, the magistrate judge filed findings and recommendations

20 herein which were served on all parties and which contained notice to all parties that any

21 objections to the findings and recommendations were to be filed within twenty days. Neither

22 party has filed objections to the findings and recommendations.

23        The court has reviewed the file and finds the findings and recommendations to be

24 supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY

25 ORDERED that:

26 /////

1

1          1.  The findings and recommendations filed March 27, 2008, are adopted in full;

2    and

3          2.  The February 27, 2008 petition is denied and this action is dismissed without

4    prejudice.  Fed. R. Civ. P. 41(b).

5    Dated:  April 28, 2008

6

7    _____
     GARLAND E. BURRELL, JR.

8    United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26