IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY A. SHARP,

    Petitioner,               No. 2:08-cv-0443 GEB JFM (HC)

    vs.

JOSEPH A. BICK, et al.,

    Respondents.           ORDER

_____/

Petitioner, a state prisoner proceeding pro se, sought relief pursuant to 28 U.S.C. § 2254. This action was terminated on April 28, 2008. On July 7, 2008, petitioner filed a notice of appeal. On July 15, 2008, petitioner's application for certificate of appealability was denied.

On May 15, 2008, petitioner filed an application to proceed in forma pauperis. On May 7, 2009, petitioner filed a motion to proceed in forma pauperis on appeal. Petitioner has demonstrated that he is unable to pay the requisite fee to file a notice of appeal from the judgment, and there is no indication petitioner is proceeding in bad faith. Accordingly, petitioner's application and motion to proceed in forma pauperis on appeal will be granted.[1]

---

[1] See 28 U.S.C. § 1915(a)(3) (providing appeal may not be taken in forma pauperis where appeal "not taken in good faith"); see, e.g., Brittain v. Mayberg, 286 Fed. Appx. 444, 444-45 (9th Cir.2008) (granting habeas petitioner's motion to proceed in forma pauperis on appeal, even though certificate of appealability had been denied and "questions raised [on] appeal [were] so insubstantial as to not require further argument").

1

1  In accordance with the above, IT IS HEREBY ORDERED that petitioner's application and motion to proceed in forma pauperis on appeal are granted.  See Fed. R. App. P. 24.  (Docket Nos. 16 & 24.)

DATED:  May 28, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

/001; shar0443.ifp