IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY ANDRE SHARP,

    Plaintiff,            No. CIV S-08-0443 GEB JFM P

  vs.

JOSEPH A. BICK, et al.,

    Defendants.           ORDER

_____/

       Plaintiff's removal of this case from state court to federal court was improper because Plaintiff lacked authority to remove the case. Following removal, the district court held that Plaintiff could not remove the case, and then dismissed the case without prejudice. Plaintiff appealed the district court's order. The Ninth Circuit affirmed the district court's conclusion that Plaintiff could not remove the case to federal court, but held that after removal was found improper, the district court was without jurisdiction to dismiss Plaintiff's case, and erred in failing to remand to the case to state court. Therefore, the portion of the district court's order filed on April 28, 2008 that dismisses plaintiff's case without prejudice is vacated. Further, this case is remanded to the Sacramento County Superior Court.

Dated: January 28, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge